IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRENCE POUNCEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:11-cv-030-TMH |
| | ) | |
| | ) | |
| DOTHAN CITY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a. the Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED;

b. Plaintiff's claims against the Dothan City Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

c. the Dothan City Jail is DISMISSED as a party to this complaint; and

d. this case, with respect to the remaining defendant, is REFERRED back to the Magistrate Judge for additional proceedings.

Done this 11th day of March, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE